# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV,** | : | **CIVIL ACTION NO. 1:06-CR-0611** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **GLEN H. DAVIDSON, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of November, 2006, upon consideration of the report of the magistrate judge (Doc. 39), to which no objections have been filed, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 39) is ADOPTED.

2. Defendants' motions to dismiss (Docs. 14, 18, 19, 22, 27) are GRANTED.

3. Plaintiff's motion (Doc. 30) to drop the Federal Bureau of Investigation as a defendant is GRANTED.

4. The above-captioned case is REMANDED to the magistrate judge for further proceedings.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge