IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER N. ASANOV, | : | CIVIL ACTION NO. 1:06-CV-0611 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| GLEN H. DAVIDSON, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this 21st day of February, 2007, upon consideration of plaintiff's appeal of the decision of the magistrate judge (Doc. 44), requesting a jury trial in the above-captioned case, and it appearing that all claims in the above-captioned case have been dismissed and/or withdrawn (see Docs. 42, 43), and that the only remaining issue is that of Rule 11 sanctions, it is hereby ORDERED that the appeal (Doc. 44) is DENIED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge