IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDER N. ASANOV,** : | CIVIL ACTION NO. 1:06-CR-0611 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **GLEN H. DAVIDSON, et al.,** : | |
| **Defendants** : | |

FILED
HARRISBURG
FEB 2 8 2007
MARY E. D'AN___, CLERK
Per_____

## ORDER

AND NOW, this 28 day of February, 2007, upon consideration of *pro se* plaintiff's second appeal of the decision of the magistrate judge (Doc. 50), requesting that the above-captioned case proceed to trial before this court, and it appearing that all claims have been dismissed and/or withdrawn (see Docs. 42, 43), and that the magistrate judge acted as an impartial decisionmaker when presiding over the above-captioned case, see 28 U.S.C. § 455 (discussing grounds for disqualification of a magistrate judge), it is hereby ORDERED that the appeal (Doc. 50) is DENIED.

CHRISTOPHER C. CONNER
United States District Judge