# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV,** | : | **CIVIL ACTION NO. 1:06-CR-0611** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **GLEN H. DAVIDSON, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of March, 2007, upon consideration of *pro se* plaintiff's third appeal of the decision of the magistrate judge (Doc. 54), requesting that the above-captioned case proceed to jury trial before this court, and it appearing that all claims have been dismissed and/or withdrawn (see Docs. 42, 43), it is hereby ORDERED that the appeal (Doc. 54) is DENIED.

                                                    S/ Christopher C. Conner  
                                                  CHRISTOPHER C. CONNER  
                                                  United States District Judge