# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV,** | : | **CIVIL ACTION NO. 1:06-CR-0611** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GLEN H. DAVIDSON, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of April, 2007, upon consideration of the report of the magistrate judge (Doc. 64), to which no objections have been filed, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 64) is ADOPTED.

2. The motion for sanctions (Doc. 34), filed by defendants Marvin Hayes Hunt and Marina Y. Hunt (collectively "the Hunts"), is GRANTED in part as follows:

    a. Plaintiff shall not be permitted to assert any claims against the Hunts in this court based upon events that occurred in Mississippi without first: (1) consulting with an attorney admitted to practice before this court about plaintiff's claims, and (2) obtaining advice from that attorney that this court would possess personal jurisdiction over the Hunts with respect to plaintiff's claims.  See FED. R. CIV. P. 11(b).

    b. The motion for sanctions (Doc. 34) is otherwise DENIED.

3. Plaintiff's motion (Doc. 53) for a preliminary injunction is DENIED.

4. Plaintiff's motions (Docs. 56, 63), requesting relief from District Judge Thomas I. Vanaskie, are DENIED.

5. The Clerk of Court is directed to CLOSE this case.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge